NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TAYLOR BRANDS, LLC,**
*Plaintiff-Appellant,*

v.

**GB II CORPORATION**
**(doing business as Columbia River Knife and Tool Company),**
*Defendant-Appellee.*

———————————

2010-1151

———————————

Appeal from the United States District Court for the Eastern District of Tennessee in Case No. 08-CV-0325, Magistrate Judge Dennis H. Inman.

———————————

**JUDGMENT**

———————————

PETER N. LALOS, Novak Druce & Quigg, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was THOMAS P. PAVELKO.

SCOTT E. DAVIS, Klarquist Sparkman, LLP, of Portland, Oregon, argued for defendant-appellee. With him on the brief were DERRICK W. TODDY, JOHN D. VANDENBERG and PHILIP WARRICK.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 28, 2011          /s/ Jan Horbaly
Date                    Jan Horbaly
                        Clerk